IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| II-VI INCORPORATED,<br>a Pennsylvania corporation, | )<br>) Civil Action No. 00-1794<br>) |
| Plaintiff, | ) JUDGE STANDISH<br>) |
| v. | )<br>)<br>) |
| SAINT-GOBAIN INDUSTRIAL<br>CERAMICS, INC., a Delaware<br>corporation, d/b/a BICRON, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

## ORDER OF COURT

AND NOW, TO-WIT, this \_\_11th\_\_ day of \_\_July\_\_, 2005, upon due consideration of II-VI's Petition to Withdraw its Request for an Injunction and its Motion to Modify Judgment Pursuant to F.R.Civ. P. 59(e), it is hereby ORDERED, ADJUDGED and DECREED that II-VI's request for permission to withdraw its request for a permanent injunction and its Motion to Modify Judgment Pursuant to F.R.Civ. P. 59(e) is GRANTED.

It is further ORDERED, ADJUDGED and DECREED that II-VI's request for a permanent injunction and Motion to Modify Judgment Pursuant to F.R.Civ. P. 59(e) are ordered withdrawn, with prejudice.

BY THE COURT:

*William L. Standish* J.