UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 04-2389 and 04-2570
_____

II VI INCORPORATED,
a Pennsylvania corporation,

Appellant in No. 04-2389

v.

SAINT-GOBAIN INDUSTRIAL CERAMICS, INC.,
d/b/a Bicron, a Delaware corporation
_____

II VI INCORPORATED,
a Pennsylvania corporation

v.

SAINT-GOBAIN INDUSTRIAL CERAMICS, INC.,
d/b/a Bicron, a Delaware corporation,

Appellant in No. 04-2570

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civ. No. 00-01794)
District Judge: Honorable William L. Standish
_____

Argued June 2, 2005

BEFORE: FUENTES, GREENBERG, and COWEN, Circuit Judges
_____

JUDGMENT
_____

This cause came on to be considered on the record on an appeal and cross appeal from the United States District Court for the Western District of Pennsylvania and was argued June 2, 2005. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the orders from which these appeals have been taken including the order of April 27, 2004, are affirmed, except that the appeal from the order of June 24, 2004, is dismissed.

The parties will bear their own costs on these appeals.

ATTEST:

*Kathleen Brauner*
Acting Clerk

DATED: August 3, 2005