UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

Nos. 04-2389 and 04-2570

———

II VI INCORPORATED,
a Pennsylvania corporation,

<u>Appellant in No. 04-2389</u>

v.

SAINT-GOBAIN INDUSTRIAL CERAMICS, INC.,
d/b/a Bicron, a Delaware corporation

———

II VI INCORPORATED,
a Pennsylvania corporation

v.

SAINT-GOBAIN INDUSTRIAL CERAMICS, INC.,
d/b/a Bicron, a Delaware corporation,

<u>Appellant in No. 04-2570</u>

———

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civ. No. 00-01794)
District Judge: Honorable William L. Standish

———

Argued June 2, 2005

BEFORE: FUENTES, GREENBERG, and COWEN, <u>Circuit</u> <u>Judges</u>

———

JUDGMENT

———

This cause came on to be considered on the record on an appeal and cross appeal from the United States District Court for the Western District of Pennsylvania and was argued June 2, 2005. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the orders from which these appeals have been taken including the order of April 27, 2004, are affirmed, except that the appeal from the order of June 24, 2004, is dismissed.

The parties will bear their own costs on these appeals.

ATTEST:

*Kathleen Brouwer*
_____
Acting Clerk

DATED:   August 3, 2005