OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

Marcia M. Waldron
Clerk

FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia PA 19106-1790

Telephone
267-299-4916

www.ca3.uscourts.gov

September 15, 2005

Mr. Robert V. Barth Jr., Clerk
United States District Court for the Western District of PA
Room 3100 United States Post Office & Courthouse
700 Grant Street, P.O. Box 1805
Pittsburgh, PA  15230

RE: Docket Nos. 04-2389 & 04-2570
    II VI Inc  vs. St Gobain Ind
    D.C. No. 00-cv-01794

Dear Mr. Barth:

    Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled cases. The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

    We release herewith the certified list in lieu of the record in the cases.

    Kindly acknowledge receipt for same on the enclosed copy of this letter.

    Counsel are advised of the issuance of the mandate by copy of this letter.  A copy of the certified judgment is also enclosed showing costs taxed, if any.

                              Very truly yours,
                              MARCIA M. WALDRON
                              Clerk

                              /s/ Anthony Infante
                         By:  Anthony W. Infante
                              Case Manager

Enclosure

cc:
        James R. Hankle, Esq.
        Stephen T. Landuyt, Esq.
        Edward M. Reisner, Esq.