OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia PA 19106-1790

Marcia M. Waldron
Clerk

Telephone
267-299-4916

www.ca3.uscourts.gov

September 15, 2005

Mr. Robert V. Barth Jr., Clerk
United States District Court for the Western District of PA
Room 3100 United States Post Office & Courthouse
700 Grant Street, P.O. Box 1805
Pittsburgh, PA  15230

RE: Docket Nos. 04-2389 & 04-2570
    II VI Inc  vs. St Gobain Ind
    D.C. No. 00-cv-01794

Dear Mr. Barth:

Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled cases. The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

We release herewith the certified list in lieu of the record in the cases.

Kindly acknowledge receipt for same on the enclosed copy of this letter.   — done ces 9/15/05

Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

Very truly yours,
MARCIA M. WALDRON
Clerk

By: /s/ Anthony Infante
    Anthony W. Infante
    Case Manager

Enclosure

cc:
    James R. Hankle, Esq.
    Stephen T. Landuyt, Esq.
    Edward M. Reisner, Esq.