UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1805
PITTSBURGH, PA 15230
www.pawd.uscourts.gov

ROBERT V. BARTH, JR.
CLERK OF COURT
412-208-7500

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

September 22, 2005

James R. Hankle
Sherrard, German and Kelly
28th Floor, Two PNC Plaza
620 Liberty Avenue
PITTSBURGH PA 15222

Edward M. Reisner
Morgan, Lewis & Bockius
101 Park Avenue
NEW YORK NY 10178

Re:   II-VI, Inc. v. Saint-Gobain Industrial Ceramics, Inc.
      Civil Action No. 00-1794

Counsel:

Judgment was entered on the docket on October 18, 2003 in favor of the plaintiff. An appeal was filed and has been affirmed by the Third Circuit Court of Appeals. A Bill of Costs has been filed by the plaintiff and the defendant shall now have until **October 7, 2005** to file any objections. **Failure to file any objections will be deemed to have consented to the Bill of Costs.**

You are hereby advised that any determination of costs by the Clerk may be reviewed by the court upon motion served with five days thereafter under Rule 54(d) of the Federal Rules of Civil Procedure.

Sincerely,

Robert V. Barth, Jr.
Clerk of Court

cc: Brian W. Ashbaugh, Esquire
    File