UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

II-VI, INC.  )
    Plaintiff,  )
vs.  )
    ) Case No.: 2:00-cv-01794-WLS
SAINT-GOBAIN INDUSTRIAL  )
CERAMICS, INC., d/b/a BICRON  )
    )
    Defendant.  )
    )

## MOTION TO SUBSTITUTE COUNSEL

The law firm of Blumling & Gusky, LLP respectfully moves the Court for an order withdrawing the appearance of Dennis J. Mondolino and Brian Nolan of Morgan Lewis & Bockius as counsel for Saint-Gobain Industrial Ceramics, Inc. They are no longer with Morgan Lewis and will not participate further in this case. Edward M. Reisner also has left Morgan Lewis. He remains as lead trial counsel for Saint-Gobain Industrial Ceramics, Inc. and requests that his new firm, Cohen Pontani Lieberman & Pavane be substituted for Morgan Lewis & Bockius and that Morgan Lewis be permitted to withdraw as Saint-Gobain's counsel.

WHEREFORE, the law firm of Blumling & Gusky, LLP prays that its Motion to Substitute Counsel be granted, that the appearance of Cohen Pontani Lieberman & Pavane be substituted for that of Morgan Lewis & Bockius whose appearance should be withdrawn, and for all other just and proper relief

L:\5608-2L\Motion to substitute counsel.doc

/s/ Brian W. Ashbaugh
Brian W. Ashbaugh
Blumling & Gusky, LLP
1200 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Tel.: (412) 227-2581
Fax: (412) 227-2050
Email: bashbaugh@BlumlingGusky.com

Edward M. Reisner
COHEN PONTANI LIEBERMAN & PAVANE
551 Fifth Avenue
New York, NY 10176
Tel.: (212) 687-2770
Fax: (212) 972-5487
Email: ereisner@cplplaw.com

Attorneys for Defendant Saint-Gobain
Industrial Ceramics, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2005 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

James R. Hankle
Sherrard German & Kelly, P.C.
28th Floor, Two PNC Plaza
620 Liberty Avenue
Pittsburgh, PA 15222
jph@sgkpc.com

Edward M. Reisner
ereisner@cplplaw.com

Notice will be delivered by facsimile to:

Stephen T. Landuyt
1202 Kettner Boulevard
Suite 6200
San Diego, CA 92101

Brian W. Ashbaugh
Blumling & Gusky, LLP
1200 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Tel: (412) 227-2581
Fax: (412) 227-2050
Email: bashbaugh@BlumlingGusky.com