IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| II-VI INCORPORATED<br>A Pennsylvania Corporation | Civil Action No. 2:00-cv-01794-wls<br>Related to CA 98-1297 |
| Plaintiff, | JUDGE STANDISH |
| v. | |
| SAINT-GOBAIN INDUSTRIAL CERAMICS,<br>INC., a Delaware Corporation, d/b/a BICRON | |
| Defendant. | |

## ORDER OF COURT

The Court, having considered Defendant's Motion to Substitute Counsel, grants the Motion. The law firm of Cohen Pontani Lieberman & Pavane is substituted for Morgan Lewis & Bockius as counsel for Saint-Gobain and Morgan Lewis & Bockius is withdrawn as Saint-Gobain's counsel. Edward M. Reisner remains as lead trial counsel but is now with the law firm of Cohen Pontani Lieberman & Pavane.

IT IS SO ORDERED.

_____
United States District Judge

Dated: 11/29/05

{20220.01/335070:}